UNITED STATES of America,
Plaintiff–Appellee

v.

Darren Ladell WADE, Defendant–
Appellant.

No. 12–10486.

United States Court of Appeals,
Fifth Circuit.

July 1, 2013.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before OWEN, HAYNES, Circuit Judges, and LEMELLE,* District Judge.

PER CURIAM: **

Darren Ladell Wade, federal prisoner # 29672–077, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a sentencing reduction based on Amendment 750 to the Sentencing Guidelines. On June 17, 2013, before this case was decided, Wade was released from federal custody. "Where a defendant has begun serving a term of supervised release, the appeal of the denial of his § 3582(c)(2) motion is moot." *United States v. Booker*, 645 F.3d 328 (5th Cir. 2011) (*citing United States v. Boston*, 419 F. App'x 505, 505–07 (5th Cir.2011)) (unpublished). Because Wade's appeal con-

cerns only the term of his imprisonment, and makes no mention of his term of supervised release, his arguments pertain only to relief under § 3582(c)(2). Accordingly, we conclude, and the parties agree, that Wade's appeal must be DISMISSED AS MOOT.

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

